THE ENSENADA ESTATES, INC., DEMANDANTE-APELANTE, *v.* RICHARDSON, EN SU CARÁCTER DE TESORERO DE PUERTO RICO, Y HILL, EN SU CARÁCTER DE TESORERO INTERINO DE PUERTO RICO, DEMANDADOS-APELADOS.

THE ENSENADA ESTATES, INC., DEMANTE-APELANTE, *v.* HILL, EN SU CARÁCTER DE TESORERO INTERINO DE PUERTO RICO, DEMANDADO-APELADO.

THE ENSENADA ESTATES, INC., DEMANDANTE-APELANTE, *v.* BENEDICTO, TESORERO DE PUERTO RICO, DEMANDADO-APELADO.

APELACIONES procedentes de la Corte de Distrito de San Juan, Sección 1ª., en pleitos sobre devolución de contribuciones pagadas bajo protesta.

Nos. 1829, 1836, 1857 y 1877.—Resueltos en junio 29, 1918.

Resueltos por los fundamentos de la opinión emitida en el caso No. 1827, *South Porto Rico Sugar Co.* v. *Benedicto, Tesorero de Puerto Rico,* p. 505.

Abogado de las apelantes: *Sr. O. B. Frazer.*

Abogados de los apelados: *Sres. Howard L. Kern, Attorney General* y *Jaime Sifre, Jr., Fiscal Especial.*

*Revocadas las sentencias.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.